1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL ANGELO LENA,                    No. 2:14-cv-1121 JAM CKD P

12              Plaintiff,

13        v.                                 ORDER

14   C. DAVIS, et al.,

15              Defendants.

16

17        Plaintiff has requested the appointment of counsel. The United States Supreme Court has
18   ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983
19   cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional
20   circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §
21   1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900
22   F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required
23   exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be
24   denied.
25   /////
26   /////
27   /////
28   /////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 62) is denied.

Dated: May 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/md
lena1121.31